# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DE'ANTHONY A'SHAWN WILLIAMS

NO. 2026 KW 0055

**APRIL 8, 2026**

---

In Re:    De'Anthony A'Shawn Williams, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 11222023, 14232024.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT GRANTED.** Relator represents that the district court has failed to act on his motion to quash assigned for hearing on or about December 17, 2025. If relator's representation is correct, the district court is ordered to consider and act on the motion to quash, if it has not already done so on or before July 30, 2026.

                    **MRT**
                    **KEB**
                    **BDH**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore,* by special appointment of the Louisiana Supreme Court.